Dismissed and Memorandum Opinion filed August 26, 2010.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00673-CV

____________

 

MORGAN BROWN and DWAYNE THOMASSIE, Appellants

 

V.

 

MID CENTURY INSURANCE COMPANY OF TEXAS, Appellee

 



 

On Appeal from the 136th District Court

Jefferson County, Texas

Trial Court Cause No. D-185,326

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed June 8, 2010.  On August 17, 2010, appellants
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Panel consists of Chief Justice Hedges and Justices
Yates and Sullivan.